## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Rhode Island

David O'Connell, individually and on behalf of all others similarly situated

    Plaintiff(s),

VS.

United States Conference of Catholic Bishops

    Defendant(s).

Attorney: Peter N. Wasylyk

Law Offices of Peter N. Wasylyk
1307 Chalkstone Ave.
Providence RI 02908



*251077*

**Case Number: 1:20-cv-00031-WES-PAS**

Legal documents received by Same Day Process Service, Inc. on **01/23/2020** at **4:10 PM** to be served upon **United States Conference of Catholic Bishops at 3211 4th St., NE, Washington, DC 20017**.

I, **Harvey Jessup**, swear and affirm that on **January 24, 2020** at **2:04 PM**, I did the following:

Served **United States Conference of Catholic Bishops** by delivering a conformed copy of the **Summons in a Civil Action; Plaintiff's Original Class Action Complaint;** to **Jeffrey Moon** as **Director of Legal Affairs & Authorized Agent** of **United States Conference of Catholic Bishops** at 3211 4th St., NE , Washington, DC 20017.

**Description of Person Accepting Service:**
Sex: Male Age: 50 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: 251077

District of Columbia: SS
Subscribed and Sworn to before me this ___ day of _____ 2020

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00031-WES-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Conference of Catholic Bishops
was received by me on *(date)* 01/23/2020 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jeffrey Moon , who is designated by law to accept service of process on behalf of *(name of organization)* United States Conference of Catholic Bishops on *(date)* 01/24/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/27/2020

*Server's signature*

Harvey Jessup / Process Server
*Printed name and title*

1413 K St., NW, 7th Fl.
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc: