# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID O'CONNELL, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>      Defendant. | C.A. No. 20-cv-0031-WES-PAS |

## NOTICE OF APPEARANCE

  Now comes Eugene G. Bernardo II and hereby enters his appearance as counsel for Defendant United States Conference of Catholic Bishops in this action.[1]

                /s/ Eugene G. Bernardo II
                Eugene G. Bernardo II (#6006)
                PARTRIDGE SNOW & HAHN LLP
                40 Westminster Street, Suite 1100
                Providence, RI  02903
                (401) 861-8200
                (401) 861-8210 FAX
                ebernardo@psh.com

DATED:  February 13, 2020

---

[1] By filing this Notice of Appearance, Defendant United States Conference of Catholic Bishops in no way acknowledges or concedes the jurisdiction of the Court or waives arguments contesting personal jurisdiction, all of which are expressly reserved.

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February13, 2020.

                                           /s/ Eugene G. Bernardo II

3775535.1/1444-1