# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID O'CONNELL, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>                Defendant. | C.A. No. 20-cv-0031-WES-PAS |

## DEFENDANT'S MOTION TO DISMISS

Defendant United States Conference of Catholic Bishops ("USCCB"), through counsel, moves to dismiss this action for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and for improper venue pursuant to Fed. R. Civ. P. 12(b)(3).[1]  In support of its motion USCCB relies upon the accompanying memorandum of law.

                UNITED STATES CONFERENCE OF
                CATHOLIC BISHOPS

                By Its Attorneys,

                PARTRIDGE SNOW & HAHN LLP

                /s/ Robert K. Taylor
                Robert K. Taylor (#6514)
                Eugene G. Bernardo II (#6006)
                40 Westminster Street, Suite 1100
                Providence, RI  02903
                (401) 861-8200 / (401) 861-8210 FAX
                ebernardo@psh.com; rtaylor@psh.com

DATED:  February 13, 2020

---

[1] By filing this motion, the USCCB in no way acknowledges or concedes the jurisdiction of the Court or waives arguments contesting personal jurisdiction, all of which are expressly reserved.

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February13, 2020.

                                                /s/ Robert K. Taylor

3775518.1/1444-1