UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID O'CONNELL, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>          Defendant. | Civil Action No. 20-cv-0031-WES-PAS |

## AFFIDAVIT OF THERESA RIDDERHOFF

I, Theresa Ridderhoff, being first duly sworn on oath, depose and state as follows:

1. I am Associate General Secretary of the United States Conference of Catholic Bishops, Inc. ("USCCB"). I am fully familiar with the facts stated herein, either personally or based on business records of the USCCB, or based on the knowledge and expertise of other cognizant offices thereof that I supervise in the ordinary course of my duties. I submit this Affidavit in support of the motion of the USCCB to dismiss the Complaint in this matter for lack of personal jurisdiction.

2. The USCCB is an assembly of all active Roman Catholic Bishops (which includes Archbishops and Cardinals of the Church) in the United States and the U.S. Virgin Islands. It was organized as a non-profit charitable civil corporation under the laws of the District of Columbia in 2001, and previously existed under other corporate names, U.S. Catholic Conference ("USCC") and National Conference of Catholic Bishops ("NCCB"), since the creation of its original predecessor organization, called the National Catholic Welfare Council, in 1919.

3. The USCCB advocates and promotes the pastoral teachings of the Roman Catholic Church in such areas as liturgy, doctrine, education, family life, health care, immigration, civil rights, criminal justice, and the economy.

4. The USCCB's headquarters and principal place of business is located in Washington, D.C. All of its employees are located in Washington, D.C. with the exception of two who are located in New York, and on in Miami, FL.

5. Under the Roman Catholic Church's *Code of Canon Law*, the tasks of the USCCB are closely circumscribed. The Catholic Church is organized into dioceses, which in turn are divided into parishes. Governance of a diocese rests with the bishop of the diocese, not with the USCCB.

6. The USCCB does not have any authority or control over individual bishops or dioceses. Actions taken or decisions made by bishops or dioceses, including those in Rhode Island, are made independently of the USCCB. USCCB does not supervise the conduct of bishops in Rhode Island or elsewhere. The bishops of the Catholic Church are responsible directly to the Holy See, not to any intermediate entity.

7. Now and at all times relevant to this lawsuit, the USCCB has maintained no offices, facilities, employees, agents, bank accounts, mailboxes, or telephone listings in the State of Rhode Island.

8. The USCCB does not own any real or personal property in Rhode Island, including any real or personal property used by dioceses or parishes in Rhode Island.

9. The USCCB has not applied for, or obtained, permission to do business in Rhode Island. At my direction, the computerized records of the State of Rhode Island have been accessed, and information obtained there demonstrates that neither USCCB, nor the United

States Catholic Conference ("USCC"), or National Conference of Catholic Bishops ("NCCB"), USCCB's predecessor organizations, ever have been registered to do business or been registered to receive charitable donations in Rhode Island. Sites searched are https://dbr.ri.gov/divisions/charitable/ and http://business.sos.ri.gov/CorpWeb/UccSearch/UccSearch.aspx.

10. From its headquarters in Washington, D.C., the USCCB Office of National Collections ("National Collections") assists the Holy See in promoting the Peter's Pence Collection, which raises money to assist the Holy Father in responding to various needs. The Peter's Pence collection, which is worldwide, provides funds to the Holy See to be used at the discretion of the Holy Father, Pope Francis.

11. Each year, National Collections requests that dioceses advise it of whether they intend to participate in the Peter's Pence Collection. If a diocese intends to take up such a collection, it is asked to provide the date on which it intends to take up the local collection. Dioceses' participation in the collection is voluntary on the part of dioceses. Based on that information, and if and as requested by individual dioceses, National Collections provides limited resources to dioceses for parish use (e.g. bulletin inserts, posters and pew envelopes) to assist dioceses in their promotion of any Peter's Pence Collection that a local bishop decides to pursue.

12. These communications take place from, and materials are provided from, Washington, D.C. The USCCB does not conduct or oversee Peter's Pence collections in local dioceses, including in Rhode Island, and does not make visits to dioceses, including Rhode Island, in support of the Peter's Pence collection, nor does it provide accountability documents to

donors (e.g. acknowledgement letters, annual report) for this appeal, in Rhode Island or anywhere else.

13. The Conference does not receive or administer funds for the Peter's Pence collection, or control how they are used. Rather, funds from parish appeals are gathered by the affiliated diocese, and then are sent from the diocese directly to the Apostolic Nunciature in the United States, the equivalent of the Holy See's "embassy" in the United States. The USCCB provides a blank transmittal form to assist dioceses in remitting funds to the Nunciature. The USCCB does not exert any control over funds raised by diocesan Peter's Pence collections nor does it have any role in deciding how funds are used either in Rhode Island or anywhere else.

Further your Affiant sayeth not.

Theresa Ridderhoff,
Associate General Secretary
U.S. Conference of Catholic Bishops

Subscribed and sworn to before me
this _____ day of February 2020:

Teresa Green-Moses
Notary Public, District of Columbia
My Commission Expires 10/31/2022

My commission expires: