United States District Court
District of Rhode Island

| | | |
|---|---|---|
| David O'Connell, individually<br>and on behalf of all others<br>similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>United States Conference of<br>Catholic Bishops,<br><br>        Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>Case no. 1:20-cv-00031-WES-PAS<br><br><br>Class Action |

## Plaintiff's Cross-Motion to Transfer Venue

Plaintiff David O'Connell, individually and on behalf of all others similarly situated, moves the Court to transfer this case to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1404(a), 28 U.S.C. § 1406(a), and 28 U.S.C. § 1631. In support of this cross-motion, Plaintiff relies upon the accompanying memorandum of law, which is presented in the same document as his response to Defendant's Motion to Dismiss [Doc. 7].

Respectfully submitted,

/s/ *Peter N. Wasylyk*
Peter N. Wasylyk
Rhode Island Bar No. 3351
pnwlaw@aol.com
**LAW OFFICES OF**
**PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, Rhode Island 02908
401.831.7730
401.861.6064 (fax)

Marc R. Stanley
(*pro hac vice* forthcoming)
marcstanley@mac.com
Martin Woodward
(*pro hac vice* forthcoming)
mwoodward@stanleylawgroup.com
**STANLEY LAW GROUP**
6116 N. Central Expy., Suite 1500
Dallas, Texas 75206
214.443.4300
214.443.0358 (fax)

*Counsel for Plaintiff*
*and the proposed Class*

## Certificate of service

I hereby certify that on February 26, 2020, a copy of this document was filed electronically on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following counsel of record:


Robert K. Taylor, via email:          rtaylor@psh.com

Eugene G. Bernardo II, via email:     ebernardo@psh.com


/s/ *Peter N. Wasylyk*
Peter N. Wasylyk
pnwlaw@aol.com