# U.S. District Court
## District of Rhode Island (Providence)
### CIVIL DOCKET FOR CASE #: 1:20−cv−00031−WES−PAS

| | |
|---|---|
| O'Connell v. United States Conference of Catholic Bishops | Date Filed: 01/22/2020 |
| Assigned to: District Judge William E. Smith | Date Terminated: 05/21/2020 |
| Referred to: Magistrate Judge Patricia A. Sullivan | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 370 Other Fraud |
| Cause: 28:1332 Diversity−Fraud | Jurisdiction: Diversity |

**Plaintiff**

**David O'Connell**     represented by     **Peter N. Wasylyk**
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
401−831−7730
Fax: 401−861−6064
Email: pnwlaw@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Conference of Catholic Bishops**     represented by     **Eugene G. Bernardo , II**
Partridge, Snow & Hahn LLP
40 Westminster Street
Suite 1100
Providence, RI 02903
401−861−8200
Fax: 401−861−8210
Email: egb@psh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert K. Taylor**
Partridge, Snow & Hahn LLP
40 Westminster Street
Suite 1100
Providence, RI 02903
401−861−8200
Fax: 401−861−8210
Email: rkt@psh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2020 | Ï 1 | COMPLAINT ( filing fee paid $ 400.00, receipt number 0103−1466938 ), filed by David O'Connell. (Attachments: # 1 Criminal Cover Sheet, # 2 Summons)(Wasylyk, Peter) (Entered: 01/22/2020) |

| | | |
|---|---|---|
| 01/22/2020 | | Case assigned to District Judge William E. Smith and Magistrate Judge Patricia A. Sullivan. (Hicks, Alyson) (Entered: 01/22/2020) |
| 01/22/2020 | 2 | CASE OPENING NOTICE ISSUED (Hicks, Alyson) (Entered: 01/22/2020) |
| 01/22/2020 | 3 | Summons Issued as to United States Conference of Catholic Bishops. (Hicks, Alyson) (Entered: 01/22/2020) |
| 01/29/2020 | 4 | SUMMONS Returned Executed by David O'Connell. United States Conference of Catholic Bishops served on 1/24/2020, answer due 2/14/2020. (Wasylyk, Peter) (Entered: 01/29/2020) |
| 02/13/2020 | 5 | NOTICE of Appearance by Robert K. Taylor on behalf of United States Conference of Catholic Bishops (Taylor, Robert) (Entered: 02/13/2020) |
| 02/13/2020 | 6 | NOTICE of Appearance by Eugene G. Bernardo, II on behalf of United States Conference of Catholic Bishops (Bernardo, Eugene) (Entered: 02/13/2020) |
| 02/13/2020 | 7 | MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* filed by United States Conference of Catholic Bishops. **Responses due by 2/27/2020.** (Attachments: # 1 Supporting Memorandum, # 2 Exhibit A (Ridderhoff Affidavit))(Taylor, Robert) (Entered: 02/13/2020) |
| 02/26/2020 | 8 | Cross MOTION to Transfer Case *and response to Motion to Dismiss* filed by All Plaintiffs. **Responses due by 3/11/2020.** (Attachments: # 1 Supporting Memorandum)(Wasylyk, Peter) (Entered: 02/26/2020) |
| 03/09/2020 | 9 | RESPONSE In Opposition to 8 Cross MOTION to Transfer Case *and response to Motion to Dismiss ; and REPLY in Support of* 7 *Motion to Dismiss* filed by United States Conference of Catholic Bishops. **Replies due by 3/16/2020.** (Taylor, Robert) (Entered: 03/09/2020) |
| 03/16/2020 | 10 | REPLY to Response re 9 Response to Motion, *transfer venue* filed by David O'Connell. (Wasylyk, Peter) (Entered: 03/16/2020) |
| 05/21/2020 | | TEXT ORDER denying as moot 7 Motion to Dismiss for Lack of Jurisdiction; granting 8 Motion to Transfer Case: The Court GRANTS 8 Plaintiff's Cross−Motion to Transfer Venue, transferring the case to the United States District Court for the District of Columbia. Defendant's 7 Motion to Dismiss is hereby DENIED AS MOOT. So Ordered by District Judge William E. Smith on 5/21/2020. (Jackson, Ryan) (Entered: 05/21/2020) |