# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID O'CONNELL, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>Defendant.<br>. | Case No. 1:20-CV-01365-KBJ |

**Certificate required by LCvR 26.1 of the Local Rules of the
United States District Court for the District of Columbia**

I, the undersigned, counsel of record for Defendant United States Conference of Catholic Bishops, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of the United States Conference of Catholic Bishops which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 2, 2020                                Respectfully submitted,

*/s/ Kevin T. Baine*
Kevin T. Baine
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005

Tel: (202) 434-5000
Fax: (202) 434-5029
kbaine@wc.com

*Attorney of Record for United States Conference of Catholic Bishops*