IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID O'CONNELL, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>Defendant. | Case No. 1:20-CV-01365-KBJ |

**CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, United States Conference of Catholic Bishops, respectfully moves, with the consent of Plaintiff's counsel, for a thirty (30) day extension of time within which to file its Answer to the Complaint in this case, to and including July 6, 2020. In support of this request, Defendant states as follows:

1. On January 20, 2020, Plaintiff, David O'Connell, filed a putative class action Complaint in the United States District Court for the District of Rhode Island. On February 13, 2020, Defendant moved to dismiss the Complaint for lack of jurisdiction and improper venue. On February 26, 2020, Plaintiff cross-moved to transfer this case to the United States District Court for the District of Columbia. On May 21, 2020, the District Court for the District of Rhode Island denied Defendant's motion as moot and granted Plaintiff's motion to transfer the case to this Court.

2. Following the transfer of the case, Defendant retained the undersigned law firm to represent it in this matter before this Court. Undersigned counsel need additional time to familiarize themselves with the relevant facts and to prepare an appropriate and meaningful response. Absent an extension, the deadline for Defendant to file an Answer would be June 4, 2020, 14 days after the

Order denying its motion to dismiss as moot.

3. No previous extensions of this or any deadline have been sought from this Court. The requested extension will have no effect on any previous deadlines, as none have yet been set.

4. Counsel for Defendant, Kevin Baine, has conferred with counsel for Plaintiff, Marc R. Stanley, who has advised that Plaintiff consents to this requested extension.

WHEREFORE, Defendant respectfully request that the Court grant the relief requested herein.

Dated: June 2, 2020

Respectfully submitted,

*/s/ Kevin T. Baine*
Kevin T. Baine (DC Bar No. 238600)
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, D.C. 20005
kbaine@wc.com

*Counsel for Defendant United States Conference of Catholic Bishops*

.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2020, I caused to be filed a copy of the foregoing Consent Motion for an Extension of Time, and proposed Order, to the Court's CM/ECF system, and service was effected electronically to all counsel of record.

>   */s/ Kevin T. Baine*
>   Kevin T. Baine (DC Bar No. 238600)