## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DAVID O'CONNELL, individually and on
behalf of others similarly situated,

         Plaintiff,

    v.

UNITED STATES CONFERENCE OF
CATHOLIC BISHOPS,

         Defendant.

Case No. 1:20-CV-01365 KBJ

## **ORDER**

Upon consideration of the Consent Motion for an Extension of Time to Answer Complaint,
it is hereby **ORDERED** that the motion is **GRANTED**.  The time within which Defendant is
required to answer the Complaint is hereby extended to and including July 6, 2020.


Dated: _____, 2020      _____

                                      HON. KETANJI BROWN JACKSON
                                      United States District Judge

cc: All counsel of record via ECF