AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| David O'Connell, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. David O'Connell, et al. |
| United States Conference of Catholic Bishops | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David O'Connell and the putative class.

Date:   06/15/2020

/s/ Marc R. Stanley
*Attorney's signature*

Marc R. Stanley -  Bar ID: 1005822
*Printed name and bar number*

Stanley Law Group
6116 N. Central Expressway
Suite 1500
Dallas, TX  75206

*Address*

marcstanley@mac.com
*E-mail address*

(214) 443-4301
*Telephone number*

(214) 443-4301
*FAX number*