United States District Court
District of Columbia

| | | |
|---|---|---|
| David O'Connell, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case no. 1:20-cv-01365-KBJ |
| United States Conference of Catholic Bishops, | § § § | Class Action |
| Defendant. | § § | |

## Motion for admission of attorney *pro hac vice*

Pursuant to LCvR 83.2(d), the undersigned moves the Court for an order granting admission *pro hac vice* of Martin Woodward to appear and participate in proceedings in this Court in the case referenced above. The grounds for this motion are set forth in the Declaration of Martin Woodward, filed concurrently herewith.

Mr. Woodward will be associated in this case with the undersigned, who is a member of the District of Columbia Bar and the Bar of this Court.

The undersigned respectfully requests the Court to grant this motion and enter an order admitting Martin Woodward *pro hac vice*.

June 15, 2020                                    Respectfully submitted,

                                                 /s/ *Marc R. Stanley*
                                                 Marc R. Stanley
                                                 D.C. Bar No. 1005822
                                                 marcstanley@mac.com
                                                 **STANLEY LAW GROUP**
                                                 6116 N. Central Expy., Suite 1500
                                                 Dallas, Texas 75206
                                                 214.443.4300
                                                 214.443.0358 (fax)

                                                 *Counsel for Plaintiff and the proposed Class*

**Certificate of service**

I hereby certify that on June 15, 2020, a copy of this document was filed electronically on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

                                               /s/ *Marc R. Stanley*
                                               Marc R. Stanley
                                               marcstanley@mac.com