United States District Court
District of Columbia

| | | |
|---|---|---|
| David O'Connell, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case no. 1:20-cv-01365-KBJ |
| United States Conference of Catholic Bishops, | § § § | Class Action |
| Defendant. | § § | |

### Declaration of Martin Woodward in support of motion for admission of attorney *pro hac vice*

Martin Woodward hereby states as follows:

1.      My full name is Martin Darren Hebel Woodward. I am over twenty-one years of age, of sound mind, have never been convicted of a felony, and am fully competent to make this declaration. I have personal knowledge of the matters addressed herein.

2.      My office address and telephone number are as follows:

>   STANLEY LAW GROUP
>   6116 N. Central Expy., Suite 1500
>   Dallas, Texas 75206
>   214.443.4300

3.      I have been admitted to practice before the following bars: State Bar of Texas, 1996; U.S. Court of Appeals, Second Circuit, 2016; U.S. Court of Appeals, Fifth Circuit, 2002; U.S. Court of Appeals, Sixth Circuit, 2009; U.S. Court of Appeals, Eighth Circuit, 2010; U.S. Court of Appeals, Ninth Circuit, 2004; U.S. Court of Appeals, Eleventh Circuit, 2007; U.S. District Court, Northern District of Texas, 1997; U.S.

District Court, Southern District of Texas, 1999; U.S. District Court, Eastern District of Texas, 1998; U.S. District Court, Western District of Texas, 1999.

      4.      I hereby certify that I have not been disciplined by any bar or court.

      5.      I have not been admitted *pro hac vice* in this Court within the last two years.

      6.      I do not engage in the practice of law from an office located in the District of Columbia.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2020.

Martin Woodward