United States District Court
District of Columbia

| | |
|---|---|
| David O'Connell, individually and on behalf of all others similarly situated, §§§§ | |
| Plaintiff, §§ | |
| v. § | Case no. 1:20-cv-01365-KBJ |
| § | |
| United States Conference of Catholic Bishops, §§§ | Class Action |
| Defendant. §§ | |

## Order granting motion for admission of attorney *pro hac vice*

The motion for admission of attorney *pro hac vice* is GRANTED. Martin Woodward is hereby admitted *pro hac vice* to appear and participate as co-counsel in this case for Plaintiff and the proposed Class.

IT IS SO ORDERED.

_____
Honorable Ketanji Brown Jackson
United States District Judge