AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

| | | |
|---|---|---|
| David O'Connell, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-CV-01365-KBJ |
| United States Conference of Catholic Bishops | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David O'Connell and the putative class                                                                           .

Date:         6/30/20                                                          /s/ Martin Woodward

*Attorney's signature*

Martin Woodward - TX Bar No. 00797693 (admitted pro hac vice)

*Printed name and bar number*
Stanley Law Group
6116 N. Central Expressway
Suite 1500
Dallas, TX 75206

*Address*

mwoodward@stanleylawgroup.com

*E-mail address*

214-443-4304

*Telephone number*

214-443-4304

*FAX number*