United States District Court
District of Columbia

| | | |
|---|---|---|
| David O'Connell, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>United States Conference of Catholic Bishops,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br>Case no. 1:20-cv-01365-KBJ<br><br><br>Class Action |

## Consent Motion for Enlargement of Time
## to File Opposition to Dismissal Motion

Pursuant to Fed. R. Civ. P. 6(b) and item 5(b) of the Court's General Order and Guidelines (DKT #19 at 5), Plaintiff David O'Connell, with the consent of Defendant's counsel, moves the Court for a two-week enlargement of time within which to file his response in opposition to the Motion to Dismiss for Lack of Subject Matter Jurisdiction, for Judgment on the Pleadings or, in the Alternative, for Summary Judgment ("Dismissal Motion") (DKT #22). The grounds for this motion are as follows:

    1.    This case was transferred to this Court on May 21, 2020. DKT #11. After obtaining a 30-day extension, Defendant answered Plaintiff's complaint on July 6, 2020. DKT #20. On July 10, 2020, Defendant filed its Dismissal Motion asking for a summary disposition of the case under Rule 12(c), supported by a 28-page memorandum and a declaration. DKT #22.

    2.    On July 10, 2020, the Court ordered Plaintiff to file a response to the Dismissal Motion on or before July 24, 2020. Since that date, counsel for Plaintiff has

been diligently preparing the response to the motion for hours every day, a task that has been more challenging than usual as a result of the remote working conditions imposed by the COVID-19 pandemic.

3. Plaintiff respectfully contends that there is good cause for a brief, two-week extension of time for Plaintiff to refine and complete the response, which is on the scale of an appellate answering brief for which 30 days are generally allowed even under the best of conditions. And if the Court grants Plaintiff this extension, in fairness, Defendant's time to file a reply should also be extended to comport with an appellate schedule, which generally allows 14 days.

4. Accordingly, Plaintiff respectfully asks the Court to grant it an extension up to and including August 7, 2020 to file its response to the Dismissal Motion, and to grant a corresponding extension of time to Defendant to file a reply up to and including August 21, 2020.

5. No previous extensions of these deadlines have been sought from the Court. The only extensions sought and granted have been Defendant's request for additional time to answer Plaintiff's complaint, and Plaintiff's request to vacate the 90-day deadline for filing a motion for class certification under LCvR 23.1(b). The enlargements requested in this consent motion will have no effect on any other previously established deadlines, as the Court vacated its Order setting an Initial Scheduling Conference (DKT #21) after the filing of the Dismissal Motion.

6. Pursuant to LCvR 7(m), counsel for Plaintiff, Martin Woodward, has conferred with counsel for Defendant, Kevin Baine, who has advised that Defendant consents to this requested enlargement of time.

WHEREFORE, Plaintiff respectfully requests that the Court grant the relief requested herein.

July 21, 2020                                                    Respectfully submitted,

/s/ *Martin Woodward*
Marc R. Stanley
D.C. Bar No. 1005822
marcstanley@mac.com
Martin Woodward
Texas Bar No. 00797693
(Admitted *pro hac vice*)
mwoodward@stanlaylawgroup.com
**STANLEY LAW GROUP**
6116 N. Central Expy., Suite 1500
Dallas, Texas 75206
214.443.4300
214.443.0358 (fax)

*Counsel for Plaintiff and the proposed Class*

## Certificate of service

I hereby certify that on July 21, 2020, a copy of this document was filed electronically on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

/s/ *Martin Woodward*
Martin Woodward
mwoodward@stanleylawgroup.com

3