United States District Court
District of Columbia

| | | |
|---|---|---|
| David O'Connell, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case no. 1:20-cv-01365-KBJ |
| United States Conference of Catholic Bishops, | § § § | Class Action |
| Defendant. | § § | |

# [proposed] Order

The Consent Motion for Enlargement of Time to File Opposition to Dismissal Motion is GRANTED. It is hereby ORDERED that the previous deadlines of July 24, 2020 for Plaintiff's response to the Dismissal Motion (DKT #22) and July 31, 2020 for Defendant's reply are VACATED. Plaintiff shall file his response to the Dismissal Motion on or before August 7, 2020, and Defendant shall file any reply on or before August 21, 2020.

IT IS SO ORDERED.

_____
Honorable Ketanji Brown Jackson
United States District Judge