United States District Court
District of Columbia

| | | |
|---|---|---|
| David O'Connell, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case no. 1:20-cv-01365-KBJ |
| United States Conference of Catholic Bishops, | § § § | Class Action |
| Defendant. | § § | |

**Plaintiff's Statement of Genuine Issues**

Pursuant to LCvR 7(h), Plaintiff David O'Connell ("O'Connell") responds to Defendant's Statement of Material Facts as to Which [Defendant Contends] There Is No Genuine Issue (DKT #22-2) ("Defendant's Statement") as follows:

"1. The USCCB is a non-profit organization composed of the Catholic bishops of the United States and the U.S. Virgin Islands. Complaint ("Compl.") ¶ 9; About USCCB, U.S. Conference of Catholic Bishops, http://www.usccb.org/about/index.cfm."

RESPONSE: O'Connell does not contest this statement.

"2. Peter's Pence is a collection taken up throughout the world to support the work of the Pope, the successor to St. Peter. Compl. ¶ 18; Declaration of Mary Mencarini Campbell ("Campbell Decl.") ¶ 4."

RESPONSE: As detailed in O'Connell's Complaint (DKT #1 at 5-8 (¶¶ 18-24)), USCCB specifically advertises Peter's Pence to prospective donors as a collection for emergency

assistance to the neediest around the world. The statement is therefore incomplete and misleading, and O'Connell contests it accordingly.

"3.    The Peter's Pence collection is authorized and administered by the Holy See (sometimes referred to as the "Vatican"), not by the USCCB. Campbell Decl. ¶ 4."

RESPONSE: O'Connell has not had the opportunity to discover the facts that relate to this statement or to depose the declarant about the statement. O'Connell therefore does not presently know whether the statement is complete and/or correct, and O'Connell contests it accordingly.

"4.    The funds donated to the Peter's Pence collection in the United States are transmitted by American dioceses directly to the Pope's representative in the United States, the Papal Nuncio, at the Apostolic Nunciature in Washington, D.C. *Id*."

RESPONSE: O'Connell has not had the opportunity to discover the facts that relate to this statement or to depose the declarant about the statement. O'Connell therefore does not presently know whether the statement is complete and/or correct, and O'Connell contests it accordingly.

"5.    If a diocese mistakenly transmits Peter's Pence funds to the USCCB, as happens on occasion, those funds are promptly rerouted to the Apostolic Nunciature. *Id*."

RESPONSE: O'Connell has not had the opportunity to discover the facts that relate to this statement or to depose the declarant about the statement. O'Connell therefore does not presently know whether the statement is complete and/or correct, and O'Connell contests it accordingly.

"6.  None of the money collected in the Peter's Pence collection funds is retained by the USCCB. *Id*."

RESPONSE: O'Connell has not had the opportunity to discover the facts that relate to this statement or to depose the declarant about the statement. O'Connell therefore does not presently know whether the statement is complete and/or correct, and O'Connell contests it accordingly.

"7.  The proceeds of the Peter's Pence collection in the United States are forwarded by the Apostolic Nunciature to the Holy See in Rome for the use of the Pope. *Id*. ¶ 5."

RESPONSE: O'Connell has not had the opportunity to discover the facts that relate to this statement or to depose the declarant about the statement. O'Connell therefore does not presently know whether the statement is complete and/or correct, and O'Connell contests it accordingly.

"8.  The USCCB has no control over how Peter's Pence funds are used or invested by the Pope. *Id*."

RESPONSE: O'Connell has not had the opportunity to discover the facts that relate to this statement or to depose the declarant about the statement. O'Connell therefore does not presently know whether the statement is complete and/or correct, and O'Connell contests it accordingly.

"9.  The USCCB has no role in deciding how Peter's Pence funds are used or invested by the Pope. *Id*."

RESPONSE: O'Connell has not had the opportunity to discover the facts that relate to this statement or to depose the declarant about the statement. O'Connell therefore does not

Case 1:20-cv-01365-JMC   Document 24-1   Filed 08/07/20   Page 4 of 5


presently know whether the statement is complete and/or correct, and O'Connell contests it accordingly.

"10.   The USCCB has no antecedent knowledge as to specifically how or when the Peter's Pence funds will be used or invested. *Id.*"

RESPONSE: O'Connell has not had the opportunity to discover the facts that relate to this statement or to depose the declarant about the statement. O'Connell therefore does not presently know whether the statement is complete and/or correct, and O'Connell contests it accordingly.

"11.   The USCCB receives no reports from the Holy See specifying the uses to which Peter's Pence funds have been applied. *Id.*"

RESPONSE: O'Connell has not had the opportunity to discover the facts that relate to this statement or to depose the declarant about the statement. O'Connell therefore does not presently know whether the statement is complete and/or correct, and O'Connell contests it accordingly. O'Connell additionally notes that, if this statement is complete and/or correct, it is an admission by USCCB that it does not comply with its own requirements to ensure that donor funds are used for the precise purposes in donation appeals, including the use and reporting by eventual recipients. *See* Complaint (DKT #1 at 9-10 (¶ 26)).

To the extent necessary, O'Connell incorporates herein all facts referenced in his Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, for Judgment on the Pleadings or, in the Alternative, for Summary Judgment.

August 7, 2020                                                                 Respectfully submitted,

/s/ *Martin Woodward*
Marc R. Stanley
D.C. Bar No. 1005822
marcstanley@mac.com
Martin Woodward
Texas Bar No. 00797693
(Admitted *pro hac vice*)
mwoodward@stanleylawgroup.com
**STANLEY LAW GROUP**
6116 N. Central Expressway
Suite 1500
Dallas, Texas 75206
214.443.4300
214.443.0358 (fax)

*Counsel for O'Connell and the proposed Class*

**Certificate of service**

I hereby certify that on August 7, 2020, a copy of this document was filed electronically on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

/s/ *Martin Woodward*
Martin Woodward