United States District Court
District of Columbia

| | |
|---|---|
| David O'Connell, individually and on behalf of all others similarly situated, § § § § | |
| Plaintiff, § § | |
| v. § § | Case no. 1:20-cv-01365-KBJ |
| United States Conference of Catholic Bishops, § § § § | Class Action |
| Defendant. § § | |

**[proposed] Order**

The Court has considered Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, for Judgment on the Pleadings or, in the Alternative, For Summary Judgment (DKT #22) ("Defendant's Motion"). Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
Honorable Ketanji Brown Jackson
United States District Judge