AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| David O'Connell, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.    1:20-CV-01365-KBJ |
| United States Conference of Catholic Bishops ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Conference of Catholic Bishops                                                                 .

Date:    12/30/2020

/s Emmet T. Flood
*Attorney's signature*

Emmet T. Flood, Bar Number 448110
*Printed name and bar number*

Williams & Connolly LLP
725 12th Street NW
Washington, DC 20005
*Address*

eflood@wc.com
*E-mail address*

(202) 434-5300
*Telephone number*

(202) 434-5029
*FAX number*