AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| David O'Connell, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-CV-01365-KBJ |
| United States Conference of Catholic Bishops | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Conference of Catholic Bishops.

Date: 01/25/2021

/s Richard Simon Cleary, Jr.
*Attorney's signature*

Richard Simon Cleary, Jr. Bar # 1046834
*Printed name and bar number*

Williams & Connolly LLP
725 12th Street NW
Washington, DC 20005
*Address*

rcleary@wc.com
*E-mail address*

(202) 434-5240
*Telephone number*

(202) 434-5029
*FAX number*