AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| David O'Connell, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01365-JMC |
| United States Conference of Catholic Bishops | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David O'Connell and the putative class.

Date:   07/12/2022

/s/ Yvette Golan
*Attorney's signature*

Yvette Golan (DC Bar No. TX0130)
*Printed name and bar number*

The Golan Firm
529 14th St. NW, Suite 914
Washington, DC 20045
*Address*

ygolan@tgfirm.com
*E-mail address*

(866) 298-4150
*Telephone number*

(928) 441-8250
*FAX number*