United States District Court
District of Columbia

| | |
|---|---|
| David O'Connell, individually and on behalf of all others similarly situated, § § § § | |
| Plaintiff, § § | |
| v. § | Case no. 1:20-cv-01365-JMC |
| § | |
| United States Conference of Catholic Bishops, § § § | Class Action |
| § | |
| Defendant. § | |

## Praecipe

Pursuant to LCvR 83.15, counsel and the Clerk of the Court will please take notice that the address for Martin Woodward, counsel for Plaintiff and the proposed Class, has changed to:

Martin Woodward
Texas Bar No. 00797693
(admitted *pro hac vice*)
martin@kitnerwoodward.com
**KITNER WOODWARD PLLC**
13101 Preston Road, Suite 110
Dallas, Texas 75240
214.443.4300
214.443.4304 (direct and fax)

Counsel and the Clerk of the Court will also please take notice that Marc R. Stanley, having left the practice of law upon appointment as United States Ambassador to the Argentine Republic, no longer represents Plaintiff and the proposed Class and should be withdrawn as counsel of record in this matter.

July 14, 2022                                              Respectfully submitted,


                                                           /s/ *Martin Woodward*
                                                           Martin Woodward
                                                           Texas Bar No. 00797693
                                                           (admitted *pro hac vice*)
                                                           martin@kitnerwoodward.com
                                                           **KITNER WOODWARD PLLC**
                                                           13101 Preston Road, Suite 110
                                                           Dallas, Texas 75240
                                                           214.443.4300
                                                           214.443.4304 (direct and fax)


                                                           *Counsel for Plaintiff and the proposed Class*


## Certificate of service

I hereby certify that on July 14, 2022, a copy of this document was filed electronically on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

                                                           /s/ *Martin Woodward*
                                                           Martin Woodward
                                                           martin@kitnerwoodward.com