AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| David O'Connell, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01365-JMC |
| United States Conference of Catholic Bishops | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David O'Connell.

Date:   07/18/2022

/s/ Simon Franzini
*Attorney's signature*

Simon Franzini (Cal. Bar No. 287631)
*Printed name and bar number*

Dovel & Luner, LLP
201 Santa Monica Blvd., Ste. 600
Santa Monica, CA 90401
*Address*

simon@dovel.com
*E-mail address*

(310) 656-7066
*Telephone number*

(310) 656-7069
*FAX number*