UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| David O'Connell, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>United States Conference of Catholic Bishops,<br><br>*Defendant*. | Case No. 1:20-cv-01365-JMC<br><br>Class Action |

**Plaintiff's Unopposed Motion for Status Conference**

This case was initially filed on January 22, 2020 in the United States District Court for the District of Rhode Island. It was transferred to this Court on May 21, 2020. Dkt. 11.

On July 6, 2020, Defendants filed their Answer. Dkt. 20. A few days later, on July 9, 2020, the district court entered a scheduling order. Dkt. 21.

The very next day—July 10, 2020—Defendant filed a motion for judgment on the pleadings. Dkt. 22. The Court took the scheduling conference off the calendar, the parties briefed the motion, and a hearing was held on January 28, 2021. Dkt. 28.

Before a decision was issued, then-district judge Jackson was elevated to the U.S. Court of Appeals for the D.C. Circuit and later to the U.S. Supreme Court. The case was re-assigned to Your Honor on November 15, 2021.

Plaintiff recently retained a second law firm, Dovel & Luner, to assist in prosecuting this case. On July 18, 2022, Simon Franzini and Jonas Jacobson of Dovel & Luner filed notices of appearance. Dkt. 34, 35.

Plaintiff would welcome the opportunity to have a brief status conference to discuss the

status of the case. Accordingly, Plaintiff respectfully requests the Court to hold a brief status conference via Zoom.

Counsel for Plaintiff and counsel for Defendant conferred by telephone on July 7, 2022 and by follow up email exchanges. The motion is unopposed.

Dated: July 28, 2022                                       Respectfully submitted,


By: */s/ Simon Franzini*

Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Jonas Jacobson (Cal. Bar No. 269912)*
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Martin Woodward (admitted *pro hac vice*)
Texas Bar No. 00797693
martin@kitnerwoodward.com
KITNER WOODWARD PLLC
13101 Preston Road, Suite 110
Dallas, Texas 75240
Telephone: (214) 443-4300
Facsimile: (214) 443-4304

*Counsel for Plaintiff and the Proposed Class*