# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| David O'Connell, individually and on behalf of all others similarly situated, | Case No. 1:20-cv-01365-JMC |
| *Plaintiff*, | Class Action |
| vs. | |
| United States Conference of Catholic Bishops, | |
| *Defendant*. | |

### Plaintiff's Unopposed Motion for Status Conference

This case was initially filed on January 22, 2020 in the United States District Court for the District of Rhode Island.  It was transferred to this Court on May 21, 2020.  Dkt. 11.

On July 6, 2020, Defendant filed its Answer.  Dkt. 20.  A few days later, on July 9, 2020, the district court entered a scheduling order.  Dkt. 21.

The very next day—July 10, 2020—Defendant filed a motion for judgment on the pleadings.  Dkt. 22.  The Court took the scheduling conference off the calendar, the parties briefed the motion, and a hearing was held on January 28, 2021.  Dkt. 28.

Before a decision was issued, then-district judge Jackson was elevated to the U.S. Court of Appeals for the D.C. Circuit and later to the U.S. Supreme Court.  The case was re-assigned to Your Honor on November 15, 2021.

Plaintiff retained a second law firm, Dovel & Luner, to assist in prosecuting this case. On July 18, 2022, Simon Franzini and Jonas Jacobson of Dovel & Luner filed notices of appearance.  Dkt. 34, 35.

On July 28, 2022, Plaintiff filed an unopposed motion for a status conference to discuss

the status of the case.  Dkt. 36.  The status conference was held on August 9, 2022.

Plaintiff would welcome the opportunity to have another brief status conference to discuss the current status of the case.  Accordingly, Plaintiff respectfully requests the Court to hold a brief status conference via Zoom.

Counsel for Plaintiff and counsel for Defendant conferred by email on March 21, 2023. Defendant takes no position on Plaintiff's motion for status conference.

Dated: March 21, 2023                           Respectfully submitted,


                                                By: */s/ Simon Franzini*

                                                Simon Franzini (Cal. Bar No. 287631)*
                                                simon@dovel.com
                                                Jonas Jacobson (Cal. Bar No. 269912)*
                                                jonas@dovel.com
                                                DOVEL & LUNER, LLP
                                                201 Santa Monica Blvd., Suite 600
                                                Santa Monica, California 90401
                                                Telephone: (310) 656-7066
                                                Facsimile: (310) 656-7069

                                                Martin Woodward (admitted *pro hac vice*)
                                                Texas Bar No. 00797693
                                                martin@kitnerwoodward.com
                                                KITNER WOODWARD PLLC
                                                13101 Preston Road, Suite 110
                                                Dallas, Texas 75240
                                                Telephone: (214) 443-4300
                                                Facsimile: (214) 443-4304

                                                *Counsel for Plaintiff*