UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| David O'Connell, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>United States Conference of Catholic Bishops,<br><br>*Defendant*. | Case No. 1:20-cv-01365-JMC<br><br>Class Action |

### **[Proposed] Order**

Upon consideration of Plaintiff's Unopposed Motion for Status Conference, IT IS HEREBY ORDERED that the motion is GRANTED. A status conference will be held on _____ via Zoom.

Date: _____   _____
The Honorable Jia M. Cobb
United States District Judge

1