UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID O'CONNELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>Defendant. | Case No. 1:20-cv-01365-JMC |

## NOTICE OF APPEAL

Notice is officially given that defendant is appealing to the United States Court of Appeals for the District of Columbia Circuit from this Court's minute order entered on the docket November 17, 2023, denying defendant's motion to dismiss for lack of subject matter jurisdiction and motion for judgment on the pleadings.

Respectfully submitted,

By: /s/ *Emmet T. Flood*
Emmet T. Flood (D.C. Bar #448110)
Kevin T. Baine (D.C. Bar #238600)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
kbaine@wc.com
eflood@wc.com

Dated: December 18, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's electronic filing system.

Dated: December 18, 2023                              By: /s/ *Emmet T. Flood*