APPEAL,JURY,TYPE−E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:20−cv−01365−JMC
*Internal Use Only*

| | |
|---|---|
| O'CONNELL v. UNITED STATES CONFERENCE OF CATHOLIC BISHOPS | Date Filed: 05/21/2020 |
| Assigned to: Judge Jia M. Cobb | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 370 Other Fraud |
| Case in other court:  Rhode Island, 1:20−cv−00031 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity−Fraud | |

**Plaintiff**

**DAVID O'CONNELL**
Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

represented by **Jonas Bram Jacobson**
DOVEL & LUNER LLP
201 Santa Monica Boulevard
Suite 600
Santa Monica, CA 90401
310−656−7066
Email: jonas@dovel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc R Stanley**
STANLEY LAW GROUP
6116 North Central Expressway
Ste 1500
Dallas, TX 75206
214−443−4300
Fax: 214−443−0358
Email: marcstanley@mac.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Simon Carlo Franzini**
DOVEL & LUNER LLP
201 Santa Monica Boulevard
Suite 600
Santa Monica, CA 90401
310−656−7066
Email: simon@dovel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martin Woodward**
KITNER WOODWARD PLLC
13101 Preston Road

|  |  |
|---|---|
|  | Suite 110<br>Dallas, TX 75240<br>214–443–4300<br>Fax: 214–443–4304<br>Email: martin@kitnerwoodward.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Yvette Golan**<br>THE GOLAN FIRM PLLC<br>529 14th Street NW<br>Suite 914<br>Washington, DC 20045<br>713–206–8250<br>Email: ygolan@tgfirm.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **UNITED STATES CONFERENCE OF CATHOLIC BISHOPS** | represented by | **Kevin Taylor Baine**<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>202–434–5010<br>Email: kbaine@wc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Emmet T. Flood**<br>WILLIAMS & CONNOLLY<br>680 Maine Avenue SW<br>Washington, DC 20005<br>202–434–5300<br>Email: eflood@wc.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard Simon Cleary , Jr**<br>WILLIAMS & CONNOLLY<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>202–434–5240<br>Email: rcleary@wc.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2020 | 1 | COMPLAINT ( filing fee paid $ 400.00, receipt number 0103–1466938 ), filed by David O'Connell. (Attachments: # 1 Criminal Cover Sheet, # 2 Summons)(Wasylyk, Peter) [Transferred from Rhode Island on 5/21/2020.] (Entered: 01/22/2020) |

| 01/22/2020 | | Case assigned to District Judge William E. Smith and Magistrate Judge Patricia A. Sullivan. (Hicks, Alyson) [Transferred from Rhode Island on 5/21/2020.] (Entered: 01/22/2020) |
|---|---|---|
| 01/22/2020 | 2 | CASE OPENING NOTICE ISSUED (Hicks, Alyson) [Transferred from Rhode Island on 5/21/2020.] (Entered: 01/22/2020) |
| 01/22/2020 | 3 | Summons Issued as to United States Conference of Catholic Bishops. (Hicks, Alyson) [Transferred from Rhode Island on 5/21/2020.] (Entered: 01/22/2020) |
| 01/29/2020 | 4 | SUMMONS Returned Executed by David O'Connell. United States Conference of Catholic Bishops served on 1/24/2020, answer due 2/14/2020. (Wasylyk, Peter) [Transferred from Rhode Island on 5/21/2020.] (Entered: 01/29/2020) |
| 02/13/2020 | 5 | NOTICE of Appearance by Robert K. Taylor on behalf of United States Conference of Catholic Bishops (Taylor, Robert) [Transferred from Rhode Island on 5/21/2020.] (Entered: 02/13/2020) |
| 02/13/2020 | 6 | NOTICE of Appearance by Eugene G. Bernardo, II on behalf of United States Conference of Catholic Bishops (Bernardo, Eugene) [Transferred from Rhode Island on 5/21/2020.] (Entered: 02/13/2020) |
| 02/13/2020 | 7 | MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* filed by United States Conference of Catholic Bishops. **Responses due by 2/27/2020.** (Attachments: # 1 Supporting Memorandum, # 2 Exhibit A (Ridderhoff Affidavit))(Taylor, Robert) [Transferred from Rhode Island on 5/21/2020.] (Entered: 02/13/2020) |
| 02/26/2020 | 8 | Cross MOTION to Transfer Case *and response to Motion to Dismiss* filed by All Plaintiffs. **Responses due by 3/11/2020.** (Attachments: # 1 Supporting Memorandum)(Wasylyk, Peter) [Transferred from Rhode Island on 5/21/2020.] (Entered: 02/26/2020) |
| 03/09/2020 | 9 | RESPONSE In Opposition to 8 Cross MOTION to Transfer Case *and response to Motion to Dismiss ; and REPLY in Support of 7 Motion to Dismiss* filed by United States Conference of Catholic Bishops. **Replies due by 3/16/2020.** (Taylor, Robert) [Transferred from Rhode Island on 5/21/2020.] (Entered: 03/09/2020) |
| 03/16/2020 | 10 | REPLY to Response re 9 Response to Motion, *transfer venue* filed by David O'Connell. (Wasylyk, Peter) [Transferred from Rhode Island on 5/21/2020.] (Entered: 03/16/2020) |
| 05/21/2020 | | TEXT ORDER denying as moot 7 Motion to Dismiss for Lack of Jurisdiction; granting 8 Motion to Transfer Case: The Court GRANTS 8 Plaintiff's Cross−Motion to Transfer Venue, transferring the case to the United States District Court for the District of Columbia. Defendant's 7 Motion to Dismiss is hereby DENIED AS MOOT. So Ordered by District Judge William E. Smith on 5/21/2020. (Jackson, Ryan) [Transferred from Rhode Island on 5/21/2020.] (Entered: 05/21/2020) |
| 05/21/2020 | 11 | Case transferred in from District of Rhode Island; Case Number 1:20−cv−00031. Original file certified copy of transfer order and docket sheet received. (Entered: 05/21/2020) |
| 06/02/2020 | 12 | NOTICE of Appearance by Kevin Taylor Baine on behalf of UNITED STATES CONFERENCE OF CATHOLIC BISHOPS (Baine, Kevin) (Entered: 06/02/2020) |
| 06/02/2020 | 13 | |

| | | |
|---|---|---|
| | | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by UNITED STATES CONFERENCE OF CATHOLIC BISHOPS (Baine, Kevin) (Entered: 06/02/2020) |
| 06/02/2020 | 14 | Consent MOTION for Extension of Time to File Answer by UNITED STATES CONFERENCE OF CATHOLIC BISHOPS (Attachments: # 1 Proposed Order)(Baine, Kevin) Modified docket text at the request of counsel on 6/3/2020 (eg). (Entered: 06/02/2020) |
| 06/10/2020 | | MINUTE ORDER granting 14 Motion for Extension of Time to Answer. It is hereby ORDERED that Defendant shall answer or otherwise respond to the complaint on or before 7/6/2020. Signed by Judge Ketanji Brown Jackson on 6/10/2020. (jag) (Entered: 06/10/2020) |
| 06/15/2020 | 15 | NOTICE of Appearance by Marc R Stanley on behalf of All Plaintiffs (Stanley, Marc) (Entered: 06/15/2020) |
| 06/15/2020 | 16 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Martin Woodward, Filing fee $ 100, receipt number ADCDC–7229825. Fee Status: Fee Paid. by DAVID O'CONNELL (Attachments: # 1 Declaration Declaration of Martin Woodward in support of motion for admission pro hac vice, # 2 Text of Proposed Order proposed Order granting motion for admission of attorney pro hac vice)(Stanley, Marc) (Entered: 06/15/2020) |
| 06/29/2020 | | MINUTE ORDER granting 16 Motion for Leave to Appear Pro Hac Vice. It is hereby ORDERED that Martin Woodward is admitted pro hac vice in the matter as counsel for Plaintiff. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Ketanji Brown Jackson on 6/29/2020. (jag) Modified event title on 7/1/2020 (znmw). (Entered: 06/29/2020) |
| 06/30/2020 | 17 | NOTICE of Appearance by Martin Woodward on behalf of DAVID O'CONNELL (Woodward, Martin) (Entered: 06/30/2020) |
| 07/02/2020 | 18 | Consent MOTION for Extension of Time to *to File Motion for Class Certification* by DAVID O'CONNELL (Attachments: # 1 Text of Proposed Order)(Stanley, Marc) (Entered: 07/02/2020) |
| 07/06/2020 | 19 | GENERAL ORDER AND GUIDELINES FOR CIVIL CASES BEFORE JUDGE KETANJI BROWN JACKSON. The Court will hold the parties and counsel responsible for following these directives, and parties and counsel should pay particular attention to the Court's instructions for briefing motions and filing exhibits. Failure to adhere to this Order may, when appropriate, result the imposition of sanctions and/or sua sponte denial of non−conforming motions. Signed by Judge Ketanji Brown Jackson on 7/6/2020. (jag) (Entered: 07/06/2020) |
| 07/06/2020 | 20 | ANSWER to 1 Complaint by UNITED STATES CONFERENCE OF CATHOLIC BISHOPS.(Baine, Kevin) (Entered: 07/06/2020) |
| 07/09/2020 | 21 | ORDER setting Initial Scheduling Conference for 9/17/2020 at 10:00 AM in Courtroom 17 before Judge Ketanji Brown Jackson. Signed by Judge Ketanji Brown Jackson on 7/9/2020. (jag) (Entered: 07/09/2020) |
| 07/09/2020 | | MINUTE ORDER granting 18 Motion for Extension of Time to File Motion for Class Certification. It is hereby ORDERED that Plaintiff's deadline to file a motion for class certification is STAYED until further Order of this Court. The Court will address the |

| | | |
|---|---|---|
| | | issue of briefing class certification at the upcoming Initial Scheduling Conference. Signed by Judge Ketanji Brown Jackson on 7/9/2020. (jag) (Entered: 07/09/2020) |
| 07/10/2020 | 22 | MOTION to Dismiss for Lack of Jurisdiction , MOTION for Judgment on the Pleadings *or, in the alternative*, MOTION for Summary Judgment by UNITED STATES CONFERENCE OF CATHOLIC BISHOPS (Attachments: # 1 Memorandum in Support of Defendant's Motion, # 2 Statement of Facts, # 3 Declaration of Mary Mencarini Campbell, # 4 Text of Proposed Order)(Baine, Kevin) (Entered: 07/10/2020) |
| 07/10/2020 | | MINUTE ORDER. In light of the filing of Defendant's 22 Motion to Dismiss for Lack of Subject Matter Jurisdiction, for Judgment on the Pleadings or, in the Alternative, for Summary Judgment, it is hereby ORDERED that the Initial Scheduling Conference currently set for 9/17/2020 is VACATED. It is FURTHER ORDERED that Plaintiff shall file his response to the 22 Motion on or before 7/24/2020, and Defendant shall file any reply on or before 7/31/2020. Signed by Judge Ketanji Brown Jackson on 7/10/2020. (jag) (Entered: 07/10/2020) |
| 07/21/2020 | 23 | Consent MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss for Lack of Jurisdiction MOTION for Judgment on the Pleadings *or, in the alternative* MOTION for Summary Judgment by DAVID O'CONNELL (Attachments: # 1 Text of Proposed Order)(Woodward, Martin) (Entered: 07/21/2020) |
| 07/23/2020 | | MINUTE ORDER granting, for good cause shown, 23 Consent Motion for Extension of Time to File Response and Reply re 22 Motion to Dismiss for Lack of Jurisdiction, Motion for Judgment on the Pleadings or, in the Motion for Summary Judgment. It is hereby ORDERED that Plaintiff's response re 22 is due on or before 8/7/2020, and Defendant's reply is due on or before 8/21/2020. Signed by Judge Ketanji Brown Jackson on 7/23/2020. (jag) (Entered: 07/23/2020) |
| 08/07/2020 | 24 | Memorandum in opposition to re 22 MOTION to Dismiss for Lack of Jurisdiction MOTION for Judgment on the Pleadings *or, in the alternative* MOTION for Summary Judgment filed by DAVID O'CONNELL. (Attachments: # 1 Statement of Facts, # 2 Text of Proposed Order)(Woodward, Martin) (Entered: 08/07/2020) |
| 08/21/2020 | 25 | REPLY to opposition to motion re 22 MOTION to Dismiss for Lack of Jurisdiction MOTION for Judgment on the Pleadings *or, in the alternative* MOTION for Summary Judgment filed by UNITED STATES CONFERENCE OF CATHOLIC BISHOPS. (Baine, Kevin) (Entered: 08/21/2020) |
| 10/09/2020 | | MINUTE ORDER. It is hereby ORDERED that a motion hearing on Defendant's 22 Motion to Dismiss for Lack of Jurisdiction, for Judgment on the Pleadings or, in the alternative, for Summary Judgment is set for 1/28/2021 at 02:30 PM before Judge Ketanji Brown Jackson. Signed by Judge Ketanji Brown Jackson on 10/09/2020. (lckbj2) (Entered: 10/09/2020) |
| 12/30/2020 | 26 | NOTICE of Appearance by Emmet T. Flood on behalf of UNITED STATES CONFERENCE OF CATHOLIC BISHOPS (Flood, Emmet) (Entered: 12/30/2020) |
| 01/25/2021 | 27 | NOTICE of Appearance by Richard Simon Cleary, Jr on behalf of UNITED STATES CONFERENCE OF CATHOLIC BISHOPS (Cleary, Richard) (Entered: 01/25/2021) |
| 01/27/2021 | | MINUTE ORDER. It is hereby ORDERED that the VTC Motion Hearing currently set for 1/28/2021 at 2:30 PM is VACATED and RESET for 1/28/2021 at 01:30 PM before Judge Ketanji Brown Jackson. Signed by Judge Ketanji Brown Jackson on 1/27/2021. (jag) (Entered: 01/27/2021) |

| | | |
|---|---|---|
| 01/28/2021 | | Minute Entry for video proceedings held before Judge Ketanji Brown Jackson: Motion Hearing held on 1/28/2021 re 22 MOTION to Dismiss for Lack of Jurisdiction MOTION for Judgment on the Pleadings *or, in the alternative* MOTION for Summary Judgment. Oral argument heard and motion taken under advisement. (Court Reporter Nancy Meyer) (zgdf) (Entered: 02/01/2021) |
| 02/03/2021 | 28 | TRANSCRIPT OF PROCEEDINGS before Judge Ketanji Brown Jackson held on 01/28/2021. Page Numbers: 1–82. Date of Issuance: 02/01/2021. Court Reporter: Nancy J. Meyer. Telephone Number: 202−354−3118. Tape Number: N/A. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/24/2021. Redacted Transcript Deadline set for 3/6/2021. Release of Transcript Restriction set for 5/4/2021.(Meyer, Nancy) (Entered: 02/03/2021) |
| 06/22/2021 | | Judge Ketanji Brown Jackson has been elevated to serve on the U.S. Court of Appeals for the D.C. Circuit. She is therefore no longer assigned to this case, and this matter has been reassigned to the Calendar Committee, which will oversee it until it is assigned to another district judge. Any questions should be directed to Judge Jackson's former deputy clerk, Gwendolyn Franklin, at 202−354−3145 or gwen_franklin@dcd.uscourts.gov. (rj) (Entered: 06/22/2021) |
| 11/15/2021 | | Case directly reassigned to Judge Jia M. Cobb. Judge Ketanji Brown Jackson has been appointed to the D.C. Circuit and is no longer assigned to the case. (rj) (Entered: 11/15/2021) |
| 05/06/2022 | 29 | NOTICE of Change of Address by Richard Simon Cleary, Jr (Cleary, Richard) (Entered: 05/06/2022) |
| 07/14/2022 | 30 | NOTICE of Appearance by Yvette Golan on behalf of All Plaintiffs (Golan, Yvette) (Main Document 30 replaced on 7/14/2022) (zjf). (Main Document 30 replaced on 7/14/2022) (zjf). (Entered: 07/14/2022) |
| 07/14/2022 | 31 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jonas Jacobson, Filing fee $ 100, receipt number ADCDC−9369484. Fee Status: Fee Paid. by DAVID O'CONNELL. (Attachments: # 1 Declaration Jacobson, # 2 Exhibit Certificate Good Standing, # 3 Text of Proposed Order)(Golan, Yvette) (Entered: 07/14/2022) |
| 07/14/2022 | 32 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Simon Franzini, Filing fee $ 100, receipt number ADCDC−9369520. Fee Status: Fee Paid. by DAVID O'CONNELL. (Attachments: # 1 Declaration Franzini, # 2 Exhibit Certificate, # 3 Text of Proposed Order)(Golan, Yvette) (Entered: 07/14/2022) |

| | | |
|---|---|---|
| 07/14/2022 | 33 | NOTICE of Change of Address by Martin Woodward (Woodward, Martin) (Entered: 07/14/2022) |
| 07/18/2022 | | MINUTE ORDER granting 31 Motion for Admission Pro Hac Vice of Jonas Jacobson: Attorney Jonas Jacobson is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Jia M. Cobb on July 18, 2022. (lcjmc1) (Entered: 07/18/2022) |
| 07/18/2022 | | MINUTE ORDER granting 32 Motion for Admission Pro Hac Vice of Simon Franzini: Attorney Simon Franzini is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Jia M. Cobb on July 18, 2022.(lcjmc1) (Entered: 07/18/2022) |
| 07/18/2022 | 34 | NOTICE of Appearance by Simon Carlo Franzini on behalf of DAVID O'CONNELL (Franzini, Simon) (Entered: 07/18/2022) |
| 07/18/2022 | 35 | NOTICE of Appearance by Jonas Bram Jacobson on behalf of DAVID O'CONNELL (Jacobson, Jonas) (Entered: 07/18/2022) |
| 07/28/2022 | 36 | Unopposed MOTION for Telephone Conference *Status Conference* by DAVID O'CONNELL. (Attachments: # 1 Text of Proposed Order)(Franzini, Simon) (Entered: 07/28/2022) |
| 07/28/2022 | | MINUTE ORDER granting 36 Plaintiff's Unopposed Motion for Status Conference: This unopposed motion for a status conference is granted. The Court directs the Parties to appear for a status conference on August 9, 2022, at 1130AM. The status conference will be on the record and conducted via telephone. The Court's Deputy Clerk will provide the information necessary to access the call. Signed by Judge Jia M. Cobb on July 28, 2022. (lcjmc1) (Entered: 07/28/2022) |
| 08/09/2022 | | Minute Entry for telephonic proceeding held before Judge Jia M. Cobb: Status Conference held on 8/9/2022, to update the parties on the status of the case. (Court Reporter Lisa Bankins) (zgdf) (Entered: 08/17/2022) |
| 03/21/2023 | 37 | Unopposed MOTION for Telephone Conference *Status Conference* by DAVID O'CONNELL. (Attachments: # 1 Text of Proposed Order)(Franzini, Simon) (Entered: 03/21/2023) |
| 06/09/2023 | | MINUTE ORDER granting 37 Plaintiff's Unopposed Motion for Telephone Conference: Upon consideration of the Motion, it is hereby ORDERED that the Motion is GRANTED. The Court directs the Parties to appear for a status conference on July 18, 2023, at 11:00 AM. The status conference will be on the record and conducted via telephone. The Court's Deputy Clerk will provide the information necessary to access the conference. Signed by Judge Jia M. Cobb on June 9, 2023. (lcjmc2) (Entered: 06/09/2023) |
| 07/18/2023 | | Minute Entry for Status Conference proceeding held on 7/18/2023 before Judge Jia M. Cobb. Parties were informed a ruling on the pending motion is forthcoming via Chambers. (Court Reporter Stacy Johns) (zed) (Entered: 07/18/2023) |
| 10/16/2023 | 38 | NOTICE *(Letter from counsel)* by DAVID O'CONNELL (Woodward, Martin) (Entered: 10/16/2023) |
| 11/06/2023 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER: The Court hereby ORDERS the Parties to appear for a video status conference, during which the Court shall issue its ruling on the pending 22 motion to dismiss, on November 17, 2023 at 2:30 PM. This hearing shall be on the record before Judge Jia M. Cobb and conducted via Zoom. The Court's Deputy Clerk will provide the information necessary to access the call. Signed by Judge Jia M. Cobb on November 6, 2023. (lcjmc2) (Entered: 11/06/2023) |
| 11/17/2023 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Motion Hearing held on 11/17/2023. For the reasons stated on record, Oral ruling denying 22 MOTION to Dismiss for Lack of Jurisdiction and MOTION for Judgment on the Pleadings, and denying without prejudice the MOTION for Summary Judgment. Parties are to confer and file a joint scheduling report. Order forthcoming via Chambers. (Court Reporter Bryan Wayne) (zgf) (Entered: 11/17/2023) |
| 11/17/2023 | | MINUTE ORDER denying 22 Motion to Dismiss: For the reasons stated on the record in the hearing held today, the Court DENIES Defendants' 22 Motion to Dismiss for Lack of Jurisdiction and Motion for Judgment on the Pleadings, and DENIES without prejudice Defendants' Motion for Summary Judgment. Signed by Judge Jia M. Cobb on November 17, 2023. (lcjmc2) (Entered: 11/17/2023) |
| 11/19/2023 | 39 | TRANSCRIPT OF 11/17/23 STATUS HEARING before Judge Jia M. Cobb held on November 17, 2023; Page Numbers: 1−20. Date of Issuance: 11/19/2023. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/10/2023. Redacted Transcript Deadline set for 12/20/2023. Release of Transcript Restriction set for 2/17/2024.(Wayne, Bryan) (Entered: 11/19/2023) |
| 11/28/2023 | | MINUTE ORDER setting Initial Scheduling Conference: The Court hereby ORDERS the Parties to appear for a scheduling conference on January 10, 2024 at 10:00 AM. This conference will be on the record before Judge Jia M. Cobb and conducted via video. The Court's Deputy Clerk will provide the information necessary to access the conference. It is further ORDERED that the Parties shall file a joint report pursuant to Local Civil Rule 16.3(d) and Federal Rule of Civil Procedure 26(f) by January 3, 2024. Signed by Judge Jia M. Cobb on November 28, 2023. (lcjmc2) (Entered: 11/28/2023) |
| 12/18/2023 | 40 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order on Motion to Dismiss/Lack of Jurisdiction,, Order on Motion for Judgment on the Pleadings,, Order on Motion for Summary Judgment, by UNITED STATES CONFERENCE OF CATHOLIC BISHOPS. Filing fee $ 605, receipt number ADCDC−10567032. Fee |

|  |  | Status: Fee Paid. Parties have been notified. (Flood, Emmet) (Entered: 12/18/2023) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID O'CONNELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>Defendant. | Case No. 1:20-cv-01365-JMC |

## NOTICE OF APPEAL

Notice is officially given that defendant is appealing to the United States Court of Appeals for the District of Columbia Circuit from this Court's minute order entered on the docket November 17, 2023, denying defendant's motion to dismiss for lack of subject matter jurisdiction and motion for judgment on the pleadings.

> Respectfully submitted,
>
> By: /s/ *Emmet T. Flood*
> Emmet T. Flood (D.C. Bar #448110)
> Kevin T. Baine (D.C. Bar #238600)
>
> WILLIAMS & CONNOLLY LLP
> 725 Twelfth Street, N.W.
> Washington, DC 20005
> Tel.: (202) 434-5000
> Fax: (202) 434-5029
> kbaine@wc.com
> eflood@wc.com

Dated: December 18, 2023

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's electronic filing system.

Dated: December 18, 2023                         By: /s/ *Emmet T. Flood*