United States District Court
District of Columbia

| | | |
|---|---|---|
| David O'Connell, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case no. 1:20-cv-01365-JMC |
| United States Conference of Catholic Bishops, | § § § | Class Action |
| Defendant. | § § | |

## Joint Status Report

Plaintiff David O'Connell, individually and on behalf of all others similarly situated, and Defendant United States Conference of Catholic Bishops jointly report to the Court pursuant to the Court's Minute Entry of January 10, 2024, as follows:

1. On December 22, 2023, in Case No. 23-7173, the United States Court of Appeals for the District of Columbia Circuit, on its own motion, ordered Defendant United States Conference of Catholic Bishops to "show cause . . . why its appeal from an interlocutory order of [this Court] should not be dismissed for lack of jurisdiction."

2. On January 22, 2024, Defendant United States Conference of Catholic Bishops filed its response to the show cause order.

3. Other than an entry of appearance, no further action has been taken by the parties or the Court of Appeals in Case No. 23-7173.

Respectfully submitted,

| /s/ Martin Woodward | /s/ Emmet T. Flood (with permission) |
|---|---|
| Martin Woodward<br>Admitted pro hac vice<br>martin@kitnerwoodward.com<br>KITNER WOODWARD PLLC<br>13101 Preston Road, Suite 110<br>Dallas, Texas 75240<br>214.443.4300<br>214.443.4304 (fax)<br><br>Simon Franzini<br>Admitted pro hac vice<br>simon@dovel.com<br>Jonas Jacobson<br>Admitted pro hac vice<br>jonas@dovel.com<br>DOVEL & LUNER, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, California 90401<br>310.656.7066<br>310.656.7069 (fax)<br><br>*Counsel for Plaintiff David O'Connell and the proposed Class* | Kevin T. Baine<br>Emmet T. Flood<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, S.W.<br>Washington, D.C. 200024<br>202.434.5000<br>202.434.5029 (fax)<br>kbaine@wc.com<br>eflood@wc.com<br><br>*Counsel for Defendant United States Conference of Catholic Bishops* |

Certificate of service

    I hereby certify that on February 8, 2024, a copy of this document was filed electronically on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

    /s/ Martin Woodward
Martin Woodward
martin@kitnerwoodward.com