United States District Court
District of Columbia

| | | |
|---|---|---|
| David O'Connell, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>United States Conference of Catholic Bishops,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case no. 1:20-cv-01365-JMC |

## Joint Status Report

Plaintiff David O'Connell and Defendant United States Conference of Catholic Bishops jointly report to the Court pursuant to the Court's Minute Order of February 12, 2024, as follows:

　　1.　　On February 28, 2024, in Case No. 23-7173, the United States Court of Appeals for the District of Columbia Circuit granted leave to Plaintiff David O'Connell to file a response to the jurisdictional statement filed by Defendant United States Conference of Catholic Bishops. That response is due March 20, 2024.

　　2.　　Plaintiff contends that this Court continues to have jurisdiction over this case notwithstanding the pendency of Case No. 23-7173. "The district court retains jurisdiction, for example, 'where the defendant … takes an interlocutory appeal from a non-appealable order.'" *Amarin Pharms. Ir., Ltd. v. FDA*, 139 F. Supp. 3d 437, 440 (D.D.C. 2015) (quoting *United States v. DeFries*, 129 F.3d 1293, 1303-04 (D.C. Cir. 1997) (citation omitted)). Plaintiff will nevertheless not oppose a request for a stay of proceedings in this Court

until the Court of Appeals decides whether Case No. 23-7173 should be dismissed for lack of jurisdiction.

   3.  Defendant contends that the pending appeal divests this Court of jurisdiction. Because Defendant's appeal "relates to the entire action"—namely, whether the case may proceed at all—"it divests the district court of jurisdiction to proceed with any part of the action." *Azima v. RAK Inv. Auth.*, 2018 WL 7982473, at *2 (D.D.C. Nov. 5, 2018) (Jackson, J.) (citation omitted).  Accordingly, Defendant's position is that a stay is not necessary or appropriate.

Respectfully submitted,

/s/Martin Woodward                        /s/Emmet T. Flood (with permission)

Martin Woodward
Admitted pro hac vice
martin@kitnerwoodward.com
KITNER WOODWARD PLLC
13101 Preston Road, Suite 110
Dallas, Texas 75240
214.443.4300
214.443.4304 (fax)

Simon Franzini
Admitted pro hac vice
simon@dovel.com
Jonas Jacobson
Admitted pro hac vice
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
310.656.7066
310.656.7069 (fax)

*Counsel for Plaintiff David O'Connell and the proposed Class*

Kevin T. Baine
Emmet T. Flood
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 200024
202.434.5000
202.434.5029 (fax)
kbaine@wc.com
eflood@wc.com

*Counsel for Defendant United States Conference of Catholic Bishops*

Certificate of service

      I hereby certify that on March 13, 2024, a copy of this document was filed electronically on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

/s/Martin Woodward
Martin Woodward
martin@kitnerwoodward.com