United States District Court
District of Columbia

| | | |
|---|---|---|
| David O'Connell, individually<br>and on behalf of all others<br>similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>United States Conference of<br>Catholic Bishops,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case no. 1:20-cv-01365-JMC |

## Joint Status Report

Plaintiff David O'Connell and Defendant United States Conference of Catholic Bishops jointly report to the Court pursuant to the Court's Minute Order of March 15, 2024, as follows:

1.    After the Court entered its Minute Order, on March 20, 2024, Plaintiff David O'Connell filed a response to the jurisdictional statement filed by Defendant United States Conference of Catholic Bishops in Case No. 23-7173 in the United States Court of Appeals for the District of Columbia Circuit.

2.    On March 28, 2024, Defendant filed a motion for leave to file a reply to Plaintiff's response in Case No. 23-7173. On April 3, 2024, Plaintiff filed a response in opposition to Defendant's motion.

3.    No further action has been taken by the parties or the Court of Appeals in Case No. 23-7173.

Respectfully submitted,

/s/Martin Woodward

Martin Woodward
Admitted pro hac vice
martin@kitnerwoodward.com
KITNER WOODWARD PLLC
13101 Preston Road, Suite 110
Dallas, Texas 75240
214.443.4300
214.443.4304 (fax)

Simon Franzini
Admitted pro hac vice
simon@dovel.com
Jonas Jacobson
Admitted pro hac vice
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
310.656.7066
310.656.7069 (fax)

*Counsel for Plaintiff David
O'Connell and the proposed Class*

/s/Emmet T. Flood (with permission)

Kevin T. Baine
Emmet T. Flood
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 200024
202.434.5000
202.434.5029 (fax)
kbaine@wc.com
eflood@wc.com

*Counsel for Defendant United
States Conference of Catholic Bishops*

Certificate of service

I hereby certify that on May 1, 2024, a copy of this document was filed electronically on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

/s/Martin Woodward
Martin Woodward
martin@kitnerwoodward.com